# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**999**
**CAF 14-00859**
PRESENT: SCUDDER, P.J., SMITH, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF JEREMIAH C. SCHOLL,
PETITIONER-APPELLANT,

V                                                                    ORDER

BRANDI L. MITRI, RESPONDENT-RESPONDENT.

---

ELIZABETH CIAMBRONE, BUFFALO, FOR PETITIONER-APPELLANT.

THE VALLONE LAW FIRM, PLLC, CHEEKTOWAGA (ERIC T. VALLONE OF COUNSEL),
FOR RESPONDENT-RESPONDENT.

KEITH I. KADISH, ATTORNEY FOR THE CHILD, BUFFALO.

---------------------------------------------------------------------------------------------------------

        Appeal from an order of the Family Court, Erie County (Deanne M.
Tripi, J.), entered May 2, 2014 in a proceeding pursuant to Family
Court Act article 6.  The order directed that petitioner shall have
supervised visitation with the subject child.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  October 2, 2015                          Frances E. Cafarell
                                                    Clerk of the Court